IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Barry A. Campbell, | : |
|     Plaintiff(s), | : |
| | :   Case Number: 1:13cv906 |
| vs. | : |
| | :   Chief Judge Susan J. Dlott |
| Commissioner of Social Security, | : |
|     Defendant(s). | : |

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Stephanie K. Bowman filed on December 8, 2014 (Doc. 17), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired December 26, 2014, hereby ADOPTS said Report and Recommendation.

Accordingly, defendant's decision is **AFFIRMED.**  This case is hereby **TERMINATED** from the docket of this Court.

IT IS SO ORDERED.

                                                                       ___s/Susan J. Dlott_____
                                                                       Chief Judge Susan J. Dlott
                                                                       United States District Court